**Esther SHAW, Appellant,**

v.

**HALLMARK CARDS, INC., Respondent.**

**No. WD34954.**

Missouri Court of Appeals,
Western District.

June 26, 1984.

Robert K. Ball, II, Kansas City, for appellant.

Robert A. Bailey, Jackson & Bailey, P.C., Kansas City, for respondent.

Before TURNAGE, C.J., and DIXON and CLARK, JJ.

### ORDER

PER CURIAM.

Appeal following entry of summary judgment in favor of employer on employee's suit for damages for alleged medical malpractice following an injury covered by Worker's Compensation.

Affirmed. Rule 84.16(b).